■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JURELL D. BARBER, Appellant. (Appeal No. 2.) [984 NYS2d 628]— Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered September 8, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Barber* (117 AD3d 1430 [2014]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.